A CERTIFIED TRUE COPY

DEC -2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED & FILED
DEC - 7 2005
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 2 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657 – IN RE VIOXX PRODUCTS LIABILITY LITIGATION*
*MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Luis Angel Gonzalez-Rodriguez, et al. v. Astra Merck, Inc., et al.*, D. Puerto Rico, C.A. No. 3:05-2043

### ORDER VACATING CONDITIONAL TRANSFER ORDER

On November 17, 2005, the Panel filed an order conditionally i) transferring this action (*Gonzalez-Rodriguez*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *Gonzalez-Rodriguez* and remanding them to the District of Puerto Rico, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. The Panel has now been advised that *Gonzalez-Rodriguez* was dismissed in the District of Puerto Rico by the Honorable Juan M. Perez-Gimenez in an order filed on November 17, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-31" in MDL-1657 and as "CTO-5" in MDL-1699, filed on November 17, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel